1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 11-126-1-PHX-JAT (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jaime Avila, Jr., | ) | |
| Defendant. | ) | |

A pretrial revocation hearing was held on April 5, 2012 on the petition on violation of release conditions.

The Court finds that Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

The Court further finds that by clear and convincing evidence that Defendant has violated the terms and conditions of his release by failing to abide by the program rules at Recovery Homes, Inc.

The Court further finds that it is unlikely that the Defendant would abide by all conditions of release because he has continued to use illicit drugs while on release, he has been given several opportunities to address his significant substance abuse issues, and he continues to violate his release conditions.

**IT IS ORDERED** that the Defendant shall be detained as a serious flight risk and

//

a danger to the community until further order of the assigned District Judge.

DATED this 9th day of April, 2012.

_____
Lawrence O. Anderson
United States Magistrate Judge